UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY NEWMAN,<br><br>      Plaintiff,<br><br>   v.<br><br>MARION MEMORIAL HOSPITAL d/b/a Heartland Regional Medical Center d/b/a Heartland Regional Medical Center Home Health Agency, RON SEAL, PHIL KUBOW and DEBBIE COUGHLIN,<br><br>      Defendants. | Case No. 05-cv-4083-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having dismissed this case,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                                **NORBERT JAWORSKI**

                                                **By: s/Deborah Agans, Deputy Clerk**

**Dated:  July 21, 2005**


**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**